EPSTEIN & BROTHER *et al. v.* WILLIAMSON *et al.*

The court did not err in denying the injunction prayed for.

June 11, 1894.                    *Judgment affirmed.*

Petition for injunction and receiver. Before Judge SMITH. Montgomery county. February 3, 1894.

GRIFFIN & BROWN and N. R. BEASLEY, for plaintiffs. F. H. SAFFOLD, for defendants.

---

SIESEL & COMPANY *et al. v.* WELLS *et al.*

There was no abuse of discretion in denying the prayer for injunction and receiver, nor in discharging the temporary receiver.

June 11, 1894.                    *Judgment affirmed.*

Petition for injunction and receiver. Before Judge SMITH. Dooly county. March 17, 1894.

J. H. BLOUNT, Jr., and ANDERSON & ANDERSON, for plaintiffs. J. W. HAYGOOD and GUSTIN, GUERRY & HALL, for defendants.

---

THE CITY OF CONYERS *v.* SMITH & LIFSEY.

There was no abuse of discretion in granting the interlocutory injunction.                    *Judgment affirmed.*

June 18, 1894. Argued at the last term.

Injunction. Before Judge RICHARD H. CLARK. Rockdale county. December 27, 1893.

G. W. GLEATON and J. R. MADDOX, for plaintiff in error. J. N. GLENN, *contra.*